**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**BBC BAYMEADOWS, LLC**                                                                  **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO.: 3:14-CV-00676-HTW-LRA**

**CITY OF RIDGELAND, MISSISSIPPI**                                          **DEFENDANT**

**AGREED ORDER FOR EXTENSION OF TIME TO FILE RESPONSE
AND REBUTTAL TO MOTION TO DISMISS AMENDED COMPLAINT**

This matter came before the Court on the parties' *ore tenus* motion for an extension of time for Plaintiff BBC Baymeadows, LLC to respond to the City of Ridgeland's motion to dismiss amended complaint, and the Court, having considered the motion, finds that it is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff BBC Baymeadows, LLC has until March 22, 2016 in which to file its response to the motion to dismiss amended complaint, and Defendant City of Ridgeland has until April 5, 2016 in which to file its rebuttal in further support of its motion to dismiss amended complaint.

SO ORDERED this the 26th day of February, 2016.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

 _/s /  Martin L. Roth_
Martin L. Roth, Esq. (*pro hac vice)*
KIRKLAND & ELLIS, LLP - Chicago
300 N. LaSalle Street
Chicago, Illinois 60654
Telephone:      312 862-7170
Facsimile:      312 862-2200
Martin.roth@kirkland.com

*Attorney for Plaintiff BBC Baymeadows, LLC*


 _/s /  Lana E. Gillon_
Lana E. Gillon (MSB # 9548)
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Post Office Box 131
Ridgeland, Mississippi 39157
Jackson, Mississippi 39205-0131
Telephone:      601 605-6900
Facsimile:      601 605-6901
Lgillon@wellsmar.com

*Attorney for Defendant City of Ridgeland*